# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

JOEY ALLEN JARVIS, on behalf
of himself and others
similarly situated,

      *Plaintiff*,

v.                                         Case No. 1:15cv116-MW/GRJ

K-FIRST HOME SOLUTIONS,
LLC,

      *Defendant.*
_____/

## ORDER OF DISMISSAL

This Court has issued two orders for Plaintiff to show cause why this action should not be dismissed without prejudice for failure to prosecute. In the latest response, Plaintiff's lawyer reports that Plaintiff has not respond to attempts at communication over the last three months. Dismissal without prejudice is therefore appropriate.

Accordingly,

**IT IS ORDERED:**

1. The Clerk must enter judgment stating "This action is dismissed without prejudice for failure to prosecute."

1

2. The Clerk must close the file.

**SO ORDERED on March 22, 2016.**

           **s/Mark E. Walker    **
           **United States District Judge**

2