# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JOEY ALLEN JARVIS

    VS                        CASE NO.  1:15-cv-00116-MW-GRJ

K-FIRST HOME SOLUTIONS LLC

## JUDGMENT

This action is dismissed without prejudice for failure to prosecute.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

s/JUDY STONE

March 22, 2016
DATE

Deputy Clerk: Judy Stone